[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12999
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 24, 2012
JOHN LEY
CLERK

D.C. Docket Nos. 1:08-md-01928-DMM,
9:08-cv-81432-DMM

JOHNNY WARD PUTNAM,

Plaintiff-Appellant,

versus

BAYER A.G., et al.,

Defendants,

BAYER CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 24, 2012)

Before HULL and COX, Circuit Judges, and BOWEN,* District Judge.

--------

*The Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern
District of Georgia, sitting by designation.

PER CURIAM:

After review and oral argument before this Court, we conclude that Plaintiff-Appellant Johnny Ward Putnam has shown no reversible error in the district court's order, dated 27 May 2011, granting summary judgment in favor of Defendant-Appellee Bayer Corporation on all of Putnam's claims, based on Mississippi's statutes of limitation.

The district court did not err in finding that, as a matter of law, Putnam failed to show that the relevant Mississippi limitation periods were tolled based on theories of fraudulent concealment and/or discovery of latent injury.

**AFFIRMED.**